Edward M. Gnarro, plaintiff in error, v. Emilio Longhi, trading as Italian & Greek Products Co., defendant in error. Gen. No. 30,250.

Action on case for malicious prosecution. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 2, 1926.

Cairoli Gigliotti, for plaintiff in error. William Schulze, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

---

A. S. Shay, appellant, v. Sol Fuchs, appellee. Gen. No. 30,330.

Action for breach of contract. Action dismissed on motion of defendant. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 2, 1926.

Isador Becker and Theodore Stone, for appellant. Benjamin B. Morris, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

A. D. Doberstein and Bronislowa Szoszowski, appellants, v. Union Bank of Chicago, appellee. Gen. No. 30,349.

Action to recover sums paid upon agreement to convey land. Judgment for plaintiffs for part of claim and they appeal. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Joseph B. Lawler, for appellants. Arthur P. Feigen, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Cary Manufacturing Company, appellee, v. John S. McChesney, appellant. Gen. No. 30,353.

Bill for injunction to restrain interference with complainant's business. Appeal from order denying motion to dissolve prelimi-